# Exhibit 2

Method Claim: 21

Expired Date: 2024-01-30

| US10140514 | FNBO Direct Mobile Banking App ("The accused instrumentality") |
|---|---|
| 21. A method performed by at least an application of a mobile device having one or more processors, the method comprising: | The accused instrumentality discloses a method performed by at least an application (e.g., the FNBO Direct Mobile Banking Application) of a mobile device (e.g., a smartphone or tablet) having one or more processors (e.g., the processor within a smartphone or tablet).<br><br>As shown below, FNBO offers a mobile banking app with a 'Mobile Deposit' feature, enabling users to conveniently deposit checks using their mobile devices. These devices have a processor that executes the accused instrumentality.<br><br><br><br>http://web.archive.org/web/20230512201537/https://www.fnbo.com/digital-banking/mobile-banking#tabs-a6cd6bf796-item-d26531df5c-tab |



http://web.archive.org/web/20230512201537/https://www.fnbo.com/digital-banking/mobile-banking#tabs-a6cd6bf796-item-d26531df5c-tab

https://play.google.com/store/apps/details?id=com.firstnational.fnbodirect



https://play.google.com/store/apps/details?id=com.firstnational.fnbodirect

| | |
|---|---|
| | **The Processor**<br><br>The processor is the central hub of your smartphone. It receives and executes every command, performing billions of calculations per second. The effectiveness of the processor directly affects every application you run, whether it's the camera, the music player, or just a simple email program. Pick the wrong one and you could experience sluggish, stuttering apps and limited network performance, regardless of carrier, manufacturer, or operating system.<br><br>https://www.qualcomm.com/news/onq/2013/06/mobile-processors-101-why-smartphones-are-smarter-all-one-processor |
| acquiring an image using an interface to one or more cameras of the mobile device; | The accused instrumentality discloses acquiring an image (e.g., front-side image of the check) using an interface (e.g., the image capturing interface of the FNBO Direct Mobile Banking Application) to one or more cameras of the mobile device (e.g., camera of the smartphone or tablet).<br><br>As shown below, the FNBO Direct Mobile Banking app features a 'Mobile Deposit' option that utilizes the phone's camera, allowing users to capture images of the front and back of a check for deposit via their smartphones. |



http://web.archive.org/web/20230512201537/https://www.fnbo.com/digital-banking/mobile-banking#tabs-a6cd6bf796-item-d26531df5c-tab



https://play.google.com/store/apps/details?id=com.firstnational.fnbodirect



https://www.fnbo.com/digital-banking/mobile-banking

Go

MAR 2022 | MAY **12** 2023 | DEC 2024

22 captures
15 Jul 2019 - 25 Nov 2025

**Deposit Checks**

Bank from anywhere.

Don't worry about making it to a branch and deposit checks anywhere from your phone. Simply choose the account you'd like to deposit funds, enter the amount, take a picture of the front and back of your check, and submit. Like your other deposits, it will show up in your account detail once the check clears. You can also view images of previous checks you've deposited with the app.

http://web.archive.org/web/20230512201537/https://www.fnbo.com/digital-banking/mobile-banking#tabs-a6cd6bf796-item-d26531df5c-tab

fnbo | Personal | Business | Commercial | Wealth | About FNBO

Checking | Savings & CDs | Credit Cards | Loans | Resources | Financial Tips | Life Events | Español

**How does mobile deposit work?**

Mobile deposit is easy to use. While each bank's app may be slightly different, in general, you simply select the account you'd like to deposit the check into, enter the amount of the deposit, take a photo of the front and back of your check, and then tap submit. Like your other deposits, it will show up in your account details once the check clears.

https://www.fnbo.com/insights/personal-finance/2023/online-banking-mobile-banking-mobile-check-deposit-whats-the-difference



https://play.google.com/store/apps/details?id=com.firstnational.fnbodirect

| constructing an image entity using the acquired image, one or more other images, and an image profile of the acquired image; | The accused instrumentality discloses constructing an image entity (e.g., mobile deposit) using the acquired image (e.g., front-side image of the check), one or more other images (e.g., back-side image of the check), and an image profile (e.g., information linked to checks, such as deposit amount and associated depositing bank account) of the acquired image (e.g., front-side image of the check). |

| | |
|---|---|
| **Col 4: line 64 – Col 5: line 4**<br><br>*The image further being described as a virtual image entity by software means wherein <u>the image entity comprises of an image profile that associates the image with collateral information</u> such as audio, voice, <u>text,</u> speech, location, time data, handwriting, encryption/decryption, compression/decompression, description, behavior, function and relationships to other images/objects to form an image profile.*<br><br>**Col 6: lines 35-40**<br><br>*The image **130** and video **131** can be expressed as purely digital data and <u>all of the other information associated with the image profile **121** may also be represented as purely digital data.</u> The digital rendering of the composite data creates a* | As shown below, the FNBO Direct Mobile Banking app features a 'Mobile Deposit' option that utilizes the phone's camera to capture the front and back images of the check. The user reviews the deposit amount, account details, and check images before submission.<br><br><br><br>https://play.google.com/store/apps/details?id=com.firstnational.fnbodirect |

*purely digital image entity **120** comprising of an image and an image profile.*



https://www.fnbo.com/digital-banking/mobile-banking    Go    MAR **MAY** DEC

22 captures
15 Jul 2019 - 25 Nov 2025    2022 **2023** 2024  ▼ About th

**Deposit Checks**

Bank from anywhere.

Don't worry about making it to a branch and deposit checks anywhere from your phone. Simply choose the account you'd like to deposit funds, enter the amount, take a picture of the front and back of your check, and submit. Like your other deposits, it will show up in your account detail once the check clears. You can also view images of previous checks you've deposited with the app.

http://web.archive.org/web/20230512201537/https://www.fnbo.com/digital-banking/mobile-banking#tabs-a6cd6bf796-item-d26531df5c-tab

https://www.fnbo.com/digital-banking/mobile-banking    Go    MAR **MAY** DEC

22 captures
15 Jul 2019 - 25 Nov 2025    2022 **2023** 2024  ▼ About

acquiring an image using an interface

mobile device

http://web.archive.org/web/20230512201537/https://www.fnbo.com/digital-

banking/mobile-banking#tabs-a6cd6bf796-item-d26531df5c-tab



https://play.google.com/store/apps/details?id=com.firstnational.fnbodirect



https://www.fnbo.com/insights/personal-finance/2023/online-banking-mobile-banking-mobile-check-deposit-whats-the-difference

| transmitting the image entity to one or more servers to update and/or refresh display of the constructed image entity, wherein the constructed image entity is accessible to one or more recognized users of a virtual network via one or more client devices through applications in communication with the one or more servers. | The accused instrumentality discloses transmitting the image entity (e.g., mobile deposit) to one or more servers (e.g., FNBO servers) to update and/or refresh display of the constructed image entity (e.g., mobile deposit), wherein the constructed image entity (e.g., mobile deposit) is accessible to one or more recognized users (e.g., joint account holders) of a virtual network (e.g., FNBO network) via one or more client devices (e.g., a smartphone or tablet) through applications (e.g., the FNBO Direct Mobile Banking Application) in communication with the one or more servers (e.g., FNBO servers).

As shown below, the accused instrumentality allows users to deposit checks online. An online check deposit works by submitting check images and relevant information such as account and amount during the process. The images and information submitted during the process are stored on the servers associated with the accused instrumentality. Joint account users can access all account statements and check deposit status. |



https://play.google.com/store/apps/details?id=com.firstnational.fnbodirect

Further, we and our service providers may use various tracking technologies, including cookies, to collect information about you when you interact with our Sites, including information about your browsing and viewing behavior. Cookies are small data files stored on your hard drive or in device memory that help us improve the Sites and your experience, see which areas and features of the Sites are popular and count visits. In addition, when you access or use the Sites, our servers automatically record certain log file information, such as your Internet Protocol address, operating system, browser type and language, referring URLs, access times, pages viewed, links clicked and other information about your activities on the Sites.

https://www.fnbo.com/privacy



http://web.archive.org/web/20230512201414/https://www.fnbo.com/personal-banking/checking/free-checking



[https://www.fnbo.com/personal-banking/checking/free-checking](https://www.fnbo.com/personal-banking/checking/free-checking)